# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

U.S.A.

CITATION / CASE NO. 3:10-cr-0009 CMK

vs.

## ORDER TO PAY

Casey Lee Williams

SOCIAL SECURITY #: _____
DATE of BIRTH: _____
DRIVER'S LICENSE #: _____
ADDRESS: _____

City    State    Zip Code

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE UNITED STATES ATTORNEY IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. **FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

**I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT**
DATE: 8-10-10    x Casey Williams
DEFENDANT'S SIGNATURE

**YOU ARE HEREBY ORDERED TO PAY THE FOLLOWING:**

CITATION / CASE NO: Count 1     FINE 490.00    ASGMT. 10.00
CITATION / CASE NO: _____     FINE _____    ASGMT. _____
CITATION / CASE NO: _____     FINE _____    ASGMT. _____
CITATION / CASE NO: _____     FINE _____    ASGMT. _____

☒ **FINE TOTAL** of $ 490.00 and a penalty assessment of $ 10.00 within 12-1-10
_____ days/months or payments of $ _____ per month, commencing _____
and due on the _____ of each month until paid in full.
( ) **RESTITUTION** _____
( ) **COMMUNITY SERVICE** _____ with fees not to exceed $ _____
to be completed by _____ with proof mailed to the Clerk of the Court.
( ) **PROBATION** to be unsupervised / supervised for: _____

PAYMENTS **must be made by CHECK or MONEY ORDER**, payable to: Clerk, USDC and mailed to (circle one):

~~CENTRAL VIOLATIONS BUREAU~~          CLERK, USDC
~~P.O. Box 740026~~                    ~~650 Capitol Mall, Rm 2546~~ 501 I Street
~~Atlanta, GA 30374-0026~~              Sacramento, CA 95814
~~1-800-827-2982~~

Your check or money order must indicate **your name** and **citation/case number** shown above to ensure your account is credited for payment received.

DATE: 8-10-10    _____
U.S. MAGISTRATE JUDGE

Clerk's Office                                    EDCA - 03 Rev 8/97